United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANPING OU,<br><br>            Plaintiff,<br><br>    v.<br><br>JEH JOHNSON, Secretary Department of Homeland Security, et al.,<br><br>            Defendants. | Case No.  5:15-cv-03936 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Defendants move to dismiss the complaint.  Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than October 30, 2015, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:   November 4, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:15-cv-03936-HRL Notice has been electronically mailed to:

James A. Scharf james.scharf@usdoj.gov, mimi.lam@usdoj.gov

5:15-cv-03936-HRL Notice sent by U.S. Mail to:

Anping Ou
518 Northlake Drive
San Jose, CA 95117

2